IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VLADIMIR VASILIYEVICH RAKIN,

    Petitioner,               No. 2:10-cv-0715 LKK JFM (HC)

   vs.

M. MARTEL, Warden,

    Respondent.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was stayed on November 16, 2010 pending petitioner's exhaustion of state court remedies in the California Supreme Court. Petitioner was ordered to file a petition in that court within thirty days of the order.

        On February 11, 2011, petitioner filed a motion for a new state habeas corpus petition filing date. Petitioner claims that he attempted to comply with this court's November 16, 2010 order by placing his state habeas petition along with the requisite copies in the prison mail box on December 15, 2010. Plaintiff further claims that on January 27, 2010, he was informed by the California Supreme Court did it not have record of petitioner's state habeas petition. Petitioner asserts that, through no fault of his own, the state habeas petition was not filed and that he is currently in the process of refiling the petition. Petitioner seeks a revision of

1

1  this court's November 16, 2010 order extending the filing date for his California Supreme Court
2  habeas petition.
3          On March 1, 2011, respondent filed an opposition. Respondent contends that
4  petitioner's state habeas petition was filed in the California Supreme Court on December 20,
5  2010, thus rendering petitioner's motion moot. Respondent attaches to his opposition a printout
6  of the California Supreme Court's docket for petitioner's case, which reflects that the petition
7  was filed on that date. See Opp'n, Ex. 1.
8          Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a new state
9  habeas corpus petition filing date is denied as moot.
10 DATED: April 7, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

14 /014;raki0715.jo