IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VLADIMIR VASILIYEVICH RAKIN,

    Petitioner,                      No. 2:10-cv-0715 LKK JFM (HC)

    vs.

M. MARTEL, Warden,

    Respondent.                   ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. With his petition, petitioner filed a motion for stay and abeyance. On November 16, 2010, the undersigned granted the motion and stayed this action pending disposition of petitioner's habeas corpus petition in the California Supreme Court. On July 7, 2011, petitioner filed a motion to lift the stay. Petitioner contends that the California Supreme Court denied his petition on June 15, 2011. Accordingly, the motion to lift stay will be granted.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's request to lift the stay is granted;

        2. Respondent is directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with

1

the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases; and

      3.  Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed.

DATED: July 25, 2011.

                                      UNITED STATES MAGISTRATE JUDGE

/014.raki0715.stay.lift